**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : No. 156 MAL 2022 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| SCOTT CORSNITZ AND GWENDOLYN CORSNITZ, | : |
| Petitioners | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.  The Petition for Leave to Amend Petition for Allowance of Appeal is **DENIED**.